**WASHTON & GITTO LLC**
27 West Neck Road
Huntington, New York 11743
Tel: 631-659-3312
Joseph M. Gitto

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

JNL FUNDING CORP.,                                 Chapter 11
                                                   Case No. 8-10-73724 (AST)
        Debtor.

-----------------------------------------------------------x

In re:

JOSEPH G. FORGIONE,                                Chapter 11
                                                   Case No. 8-10-73726 (AST)
        Debtor.

-----------------------------------------------------------x
HAMPTON SQUARE REALTY, LLC and GEORGE
HEINLEIN,

                Plaintiffs,
v.                                                 Adv. Pro. No. 8-12-8013 (AST)

JNL FUNDING CORP. and LIQUIDATION
TRUSTEE SERVICES LLC, TRUSTEE OF THE
TFC LIQUIDATING TRUST,

                Defendants.
-----------------------------------------------------------x

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), as made applicable by Fed.R.Bank.P. 7041, the

Plaintiffs, Hampton Square Realty, LLC and George Heinlein, hereby give notice of dismissal of

the above-referenced adversary proceeding, with prejudice and without costs.  The Plaintiffs

state that the Defendants have not served either an answer or a motion for summary judgment.

Dated: Huntington, New York
March 27, 2012

**WASHTON & GITTO LLC**

By: /s/ Joseph M. Gitto
Joseph M. Gitto
27 West Neck Road
Huntington, New York 11743
jgitto@washtongitto.com
631-659-3312

*Attorneys for Hampton Square Realty, LLC
and George Heinlein*